

FILED
5/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00200<br>Judge Edmond E. Chang<br>Magistrate Judge Keri L. Holleb Hotaling<br>RANDOM / Cat. 4 |
| v. | Violation: Title 18, United States |
| RAYSHAD M. HARRIS | Code, Section 922(a)(1)(A) |

**UNDER SEAL**

**COUNT ONE**

The SPECIAL APRIL 2025 GRAND JURY charges:

From in or about February 2026, until on or about April 6, 2026, in Chicago, in the Northern District of Illinois, Eastern Division,

RAYSHAD M. HARRIS,

defendant herein, not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

1

**FORFEITURE ALLEGATION**

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(1)(A), as set forth in this indictment, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to:

      a.      a Taurus model G3C, serial no. abl166773,
      b.      a Glock model 17, serial no. BYYU802,
      c.      a Glock model 21, serial no. PEZ385,
      d.      a Glock model 23, serial no. AW7254,
      e.      a Beretta model 3052 TOMCAT, serial no. DAA179479,
      f.      a Glock model 45, serial no. AFMM683,
      g.      a Smith & Wesson model SD9, serial no. EFK2692,
      h.      a Smith & Wesson model M&P 40L, serial no. HLZ0014,
      i.      a Smith & Wesson model M&P 15, serial no. TS75490,
      j.      a Taurus model PT111G2, serial no. TJP06855,
      k.      a Mossberg International model 715p, serial no. EUB4448363,
      l.      a Mossberg International model 206, serial no. RIA1963145, and
      m.      a machine gun conversion device, no serial number; and
      n.      ammunition associated with such firearms.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew Getter on behalf of the
UNITED STATES ATTORNEY

2